UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| (BK) In Re Joyce Marie Truttman | |
|---|---|
| JOYCE MARIE TRUTTMAN,<br><br>        Appellant,<br><br>    v.<br><br>U.S. SPECIALTY INSURANCE COMPANY,<br><br>        Appellee. | Civil No.: 2:23-cv-00132-WBS<br><br>(USBC Case No.: 22-20275-B-7)<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

----oo0oo----

On September 26, 2023, this court issued an order to show cause why this action should not be dismissed for lack of prosecution, and ordered the parties to file a written response no later than October 17, 2023. (Docket No. 7.)  As of today's date, no response has been filed.  Accordingly, good cause appearing therefor, this action is hereby DISMISSED with prejudice for lack of prosecution.

    IT IS SO ORDERED.

Dated:  October 18, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1